TITUS COUNTY
TITUS COUNTY

Leonard ray peel

Plaintiff

-vs-

County attn. Mark cobern and Titus county sheriffs dept.

Defendant

42446
(Case I.D. Number)

FILED
AT 4:25 O'CLOCK P M
FEB 01 2022
MARCUS CARLOCK, CLERK DISTRICT COURT
TITUS COUNTY, TX
_____ DEPUTY

## AFFIDAVIT

I, Leonard ray peel, of Mt. Pleasant, in Titus, Texas, MAKE OATH AND SAY THAT:

1. Leonard Peel brings forth claims and charges against the Mt. Pleasant sheriff's department and the titus county county attn. Mark cobern of premeditated murder, attempted murder, 1 count of assault, 3 counts of kidnapping, and 3 counts of entrapment.

2. Peel was assaulted on Feb. 21, 2021 by an assailant of the mt pleasant sheriff's dept. Who has confessed that he was encouraged by officers and associates of officers of the mt. Pleasant sheriff's dept. To assault mr. Peel.

    On march. 10, 2021 mr. Peel was attacked and assaulted by an officer of the sheriff's dept. On his property.

    On march 22, 2021 mr. Peel was kidnapped by the sheriff's dept. at the helms of the mt. pleasant county attn. Mark coberns abuse of power and illegal and false arrest.

    On july 21, 2021 county attn. Mark cobern conspired to entrap and kidnap Mr. Peel with the intent of incarcerating peel and holding peel indefinately on a high bond with the expectation

Page 1 of 2

Exhibit "2"

that Mr. Peel would not be able to make his bond, intent being to cover the attempted murder against mr. Peel orchestrated by the titus county sheriff's dept.

On Dec. 14, 2021 mark cobern contended to entrap mr. Peel by expressing to peel that he entended to take mr. Peel to trial on an evading arrest charge for the march 10 kidnapping of mr. Peel, skipping over the two initial false and erroneous charges that he brought against mr. Peel.

On Jan. 25, 2022 county attn. Mark coberns special investigator lindsey arrested mr. Peel on frivilous charges after county attn. Mark cobern pleaded with judge Brian lee to hold peel in contempt of court for peel expressing his rights and duty to inform the court of it's illegal and criminal behavior as peels 6th amendment rights were being violated as the jan. 25 2022 court hearing was in direct violation of peels motion for a speedy trial filed with the courthouse's county clerk's office on oct, 14, 2021, and on Nov. 9, 2021. Thereby peel claims entrapment and kidnapping.

STATE OF TEXAS

COUNTY OF TITUS

SUBSCRIBED AND SWORN TO BEFORE ME, on the __1__ day of __February__, __2022__

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires:
__June 13, 2025__

JAIME KENNEDY
My Notary ID # 129457121
Expires June 13, 2025

__R. Peel__
(Signature)

Leonard ray peel

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. 42446

|   |   |
|---|---|
| _____ § _____ |
| _____ § _____ |
| _____ § _____ |
| _____ § _____ |
| _____ § _____ |

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF __Titus__
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

__Leonard Ray Peel__, who
[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is __Leonard Ray Peel__.
[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

Leonard Peel argues and brings forth charges against the Mt. Pleasant Sheriffs dept and the Titus Co. County Atty. Mark Cobern. In this petition Peel will bring forth and lay out facts that extend beyond a reasonable doubt and the burden of proof. Peel hereby lays out numerous charges in which the two parties he makes claims against. These claims extends from pre-meditated murder, attempted murder, assault, theft, illegal detainment, false arrest, excessive force, prosecutorial misconduct, malicious prosecution, entrapment, kidnapping, abuse of court power, intimidation and process, breach of atty client priviledge, and violation of due process.

These claims are simple, and forth coming, and factual as the evidence Peel will present, and the record will show. Peel files this motion in behest of the habeus corpus 1983 litigation, which protects the citizen against lawless and arbitrary actions taken by the state.

United States vs. classic, 313 U.S. 299, 61 S. Ct. 1031, 85 L. Ed. 1368 (1941).

Peel will prove beyond a reasonable doubt that state officials within the sheriffs dept. conspired with citizens acting under the color of law, in which Peels life was threatened, his property stolen, and he was seriously injured.

Peel attempted to work with the Mt. Pleasant Sheriffs dept. initually after the first charge was brought against Mr. Peel by speaking with the Lt. in charge at the time of the first incident, whereby Peel was able to deduce and reason that the Lt. was a main conspirator with citizen acting under the color of law in violation of two seperate laws. Peel also resorted to resolve the charges at hand with the Titus Co. Judge. Attached to this

filing are several motions Peel filed with the ~~titus Co~~ titus Co. clerk of court to resolve the matters at hand which proves the intent of the malfeasant actions by the state.

In this lawsuite/ civil suite, Peel ~~will~~ will layout and line up 4 or 5 points in contention right and exact, in depth with evidence that will ~~not~~ be uncontendable. Two of those points has already been made, one being a speedy trial violation, and ~~the other~~ one is notable in this affidavit. ~~As~~ Amongst those 4 or 5 points, Peel will make ~~one~~ 1 big point of argument.

_____

_R. Peel_

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

---

State of Texas
County of __Titus__
[name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on the __1__ day of __February__, __2022__ year, by __Leonard Peel__.
[PRINT the first and last names of the person who is signing this affidavit.]

_Jaime Kennedy_
Notary Public, State of Texas [Notary's signature.]

JAIME KENNEDY
My Notary ID # 129457121
Expires June 13, 2025

[Notary's seal must be included.]

---

Leonard Peel
Jackie peel
Jul 22, 2021 at 11:42:37 PM
jacqulynpeel@hotmail.com

FILED FOR RECORD
2021 NOV -9 AM 10: 52
COUNTY CLERK TITUS CO TX

In this motion mr. Peel argues foul in the abusive use of power by the mt. Pleasant county attn. In his schematic conjuncture and entrapment to play the system of injustice by the power of the court against mr. Peel in the below arguement.

County attn. Mark cobern issued a bogus and unlawful warrant against mr. Peel on 3/22/21 in a schematic ploy to lure mr. Peel Into the justice system.

On 3/22/21 county attn. Mark Cobern issued a warrant on mr. Peel for abusive 911 use of a caller in connection to an incident that occurred two weeks prior on 3/10/21 in which police cam proves mr. Peel did not violate any 911 abusive use of a caller policy which had been determined by the officer and peel was released without any charges. Upon the carrying out of this warrant mr. Peel attempted to evade arrest in which mr. Peel picked up an aditional evading arrest charge.

Mr. Peel has video footage of county attn mark cobern telling mr. peel at a court hearing on 4/13/21 that he's getting pressure from mr. peels neighbors and the sherriffs dept. and if peel would lay low and let the situation die down he would dismiss the charges. Mr. Peel stated and requested before the court for an extension till july 20, 2021 to obtain legal counsel.

On 7/20/21 mr. Peel appeared for this court hearing to request a further extension when county attn mark cobern slid up to mr. Peel and began to run game. Mr. Peel recorded county attn. Mark cobern acting confused and eventually telling mr. peel that peel had two warrants pending, not taking into account the terroristic tactic of the suprising threat to incarcerate mr. Peel in such a

unwarranted manner. Mr. Peel asked cobern about the warrants and cobern told peel the warrants was issued on 3/29/21. Peel asked why wasn't the warrants served or mentioned at Peels 4/13/21 court hearing. County attn. Mark cobern then began to act confused and mr peel began to feel entrapped, awestruck, and devastated as he was stunned with the threat of being incarcerated, and humiliated at the thought of being arrested in court.

In his scheming and running game county attn. Mark cobern asked mr. Peel if he could pay a fine if he would drop the the two warrants, and plea to the pending charges, and told mr. Peel to take few seconds to think about it. Mr. Peel told the county attn he would not plea to the assault because Peel was the one assaulted with a weopon. County attn mark cobern agreed to drop the warrants and dismiss the assault if peel would plea to the other charges and accept 1 year probation and a $1000 fine. Mr peel responded saying "you just said could I pay a fine, and you also stated on tape recording on 4/13/21 that you would dismiss the charges if I kept my nose clean for a couple months". Mark cobern stated he did say that, and he also stated he did not know what abusive 911 of a caller actually was or what class if fell under when his secretary stepped in and said it was a class b misdemeanor. He then stated that would be his best offer. Mr. Peel in an attempt to avoid the ambush and avoid being arrested in court offered to accept 6 months probation. County attn mark cobern declined and mr. Peel was taken to jail.

The only charge mr. Peel was guilty of was the evading arrest, which without the mysterious abusive 911 of a caller charge that peel did not violate, there would be no evading arrest, which was the second form of entrapment the count attn. tried to pull.

Over all from Peels above argument, county attn mark cobern ran a failed and foul play, in which the integrity of the court has been greatly been destroyed.

Mr. Peel strongly argues that this foul, abusive and distrautful act taken against mr. Peel by the mt. Pleasant county attn. Be strongly taken into account in mr. Peels class action suite against the city of mt pleasant tx.

Leonard ray peel

White oak catfish farm

4-6-21

Exhibit A. On 2-21-21 I was attacked and assaulted by my neighbor a mexican with a sharpened crowbar. I took the weapon from the mexican, called law enforcement and gave the weapon to law enforcement. I was escorted to a medical center by a police officer where where I received stitches for my injury. After receiving medical attention I was told by an officer I was being charged with assault. Following being released from from jail the following day. I noticed $2500 worth of farm equipment missing. On 2-23-21 I filed a police report for theft. I few days later I was told by investigator brown of the sheriff's dept. That he spoke with one of the assailants who stole my property and I was told I would have to file a civil suit because the guy told him I owed on the equipment.

Exhibit A. (Pre-emphasis) in mid Jan. A police officer ie sheriff's department and a young lady went to her father (Doug james) about some farm equipment I purchased from him to get him to make a claim on the equipment. Doug James told her and the officer, that's his business and to stay out of his business. She threw a fit and her and the officer conspired to take actions upon themselves. (This conversation can be proven with factual evidence). In which they dont disagree this conversation took place. That same day I received a message from the officer saying I got 3 days to return the equipment if I knew what was vest for myself. I did not owe anything on the equipment.

Exhibit B. The mexicans are saying the police and their neighbors told them to assault me or that they could assault me with a weapon.

Exhibit C. Daniel, Doug James daughter and the lewis residents had gotten together prior to the assault and planned and orchestrated this whole incident. Their story in the incident report verifies this claim. A Mexican that speaks little English and a black man cant lie well together. The Lewis's are black. Their son is with the sherriffs department. (Detective lewis) who is on administration leave and investigation by the texas rangers for a murder.

Exibit D. Fact. The mexican pulled his truck on to the rd. Jumped out of his truck on the rd. Grabbed a crowbar and chased and attacked me with a crowbar on to my property. After taking the crowbar from the mexican and throwing it on the ground, his wife picked up the crowbar and hit me in the back. His mother and his wife both got out of the truck in the rd. Just ask did they see a guy standing across the street from the catfish farm, and where were they standing.

Exhibit E.  Later incidents stemming from digressions with my neighbor have led to further attacks by the sherriffs dept. Where one incident an officer jumped over my fate and shit at me. Actually his gun went off when he jumped over my gate and stumbled awkwardly, but you can hear him say on tape, you almost got shot. This incident occurred on mar. 10 2021 and should be on officers cam.

Exhibit F.  On 3-22-21 I called and reported other items that I noticed were missing and informed officers that the Mexicans were saying the police told them they could attack me. 2 hours later the sherriffs dept. Came and arrested me for a made up charge or a mistaken identity that they claimed happened on 31-10-21 the day they shot a me.

Final analysis.  There is possible video confessions of Daniel the sherriffs dept.s conspirator bragging about her role in the plot. (Pre meditated murder in order to commit theft). I believe the Lewis's thought the Mexican would have killed me. He's a known thief, and this work is his motto. There's an in between guy, his son, who lives with or on the property of doug james. Name poo bear. He's on the police report also. Note: lewis sr. Statement heavily different from the Mexicans. (Poo bear) and daniels husband (tie) are the two guys that came onto my property and took my property.

Attached: is a video exposing the lewis and officers intent. In which I was shot at by officers 1 hour later.

Sent via the Samsung Galaxy A10e, an AT&T 4G LTE smartphone

Leonard Peel
Re: Jackie peel
Jul 22, 2021 at 10:04:37 PM
jacqulynpeel@hotmail.com

**Summary judgement.**

In this lawsuit Mr. Peel is requesting 100 million compensation in abstract of autonomous acquisitions which shall balance the scale of fair justice in accord to the george Floyd's justice in policing act.

Mr. Peel is a business owner, a land owner, a native and citizen in mt. Pleasant tx.

Mr. Peels claim is in accord to the mt. Pleasant tx. GDP and world statistic growth rate.

Mr. Peels claim goes in a account of mr. Peels integrity as business owner foremost and equal competortorship in the business community.

Mr. Peel pleads his case on behest of the citizens of mt. Pleasant tx. Integrity and future regeneration and continued prosperous mobility. Thereby it is in the interest of the court to grant mr. Peel the above recompensation.

To restore mr. Peels sanctity as a man and businessman the city of mt. Pleasant tx. Should honor and grant mr. Peels request for justice in accord to the George floyd justice in policing act of 2021.

Nov. 9, 2021

State of Texas
vs
Leonard Peel

FILED FOR RECORD
2021 NOV -9 AM 10:52
COUNTY CLERK TITUS CO TX
BY _____ DEPUTY

Motion to dismiss on grounds of prosecutorial misconduct.

On this date on Nov. 9, 2021 Leonard Peel files this motion requesting to dismiss, the <u>Terrorist threat cause fear of Imminent SBI</u>, and <u>harrassment</u> charges brought By the County attn. in Mt. Pleasant. as he continues to keep evidence hidden from the defense. And by the fact that the prosecutor used these 2 charges to entrap the defendant into taking a plea, incriminating himself on the record. Mr Peel arguement is made on the attached forum. Hereby the court has been prejudiced and ~~and~~ these charges cannot be brought against Mr. Peel in this court.
. (Title 18, U.S.C., section 242)

Representation Pro Se.
Leonard Peel.

Comer v. Schriro, 463 F3d 934 (9th Cir 2006) - Judicial review is the fundamental legislative instrument for safe gaurding individual rights against arbitrary and lawless state actions.

- Entrapment
- Breach of attn. Client priviledge.
- Prosecutorial Misfeasance
- False Imprisonment

State of Texas

vs

Leonard Peel

FILED FOR RECORD
2021 NOV -9 AM 10: 52
COUNTY CLERK TITUS CO TX
BY _____ DEPUTY

County Court of Titus

Motion to ~~dismiss~~ squash and settle.

On this date Nov. 9, 2021 Leonard Peel files this motion arguing the charges against him is baseless and claimless. And to proceed to trial would be considered malicious prosecution, and wasteful against states resource. Under Art 28.04 Acts 1965, 54th Leg., p. 317, ch. 722, sec. eff Jan. 1, 1966. If the state proceeds to trial and fail to convict Peel after the issuing of this motion, any lawsuites filed on behalf of Mr. Peel shall be granted without question

State of Texas
vs.
Leonard Peel

motion to squash and settle.

On this date Dec. 14, 2021 Peel files this ~~motion arguing the charge~~ second and final motion arguing the charges against Peel is baseless, claimless and fraud. And to proceed to trial would be considered malicious prosecution, and wasteful against state resources. Under section;

Art 28.04 Acts 1965, 59th Leg., P. 317, ch. 722, sec. eff. Jan. 1, 1966. If the state proceeds to trial and fail to covinct after the issuing of this motion, any lawsuite filed on behalf of the defendant shall be granted without question.

Peel will offer the state a plea of a $250.00 fine. If the state proceeds with the charges against Mr. Peel. This motion shall ~~activity~~ activate the concluse of the summary Judgement attached to this motion if the state fails to connct.

6:00   5G 78%

← Reply

On Thu, Oct 14, 2021, 9:14 AM Leonard Peel <raypeel79@gmail.com> wrote:
Leonard peel vs state of Texas

Motion for speedy trial.

Judge clown lee

Titus county court.

On Wed, Apr 7, 2021, 2:19 PM James Webster <jwebster@co.titus.tx.us> wrote:

Mr. Peel,

Attached you will find the judge's response for your request for a continuance. Your request was denied and you need to be at your scheduled hearing on April 13, 2021.

Thanks!

James Webster, Jr.

State of Texas
  Plaintiff
VS
Leonard Peel
  defendant

FILED FOR RECORD
2021 NOV -9 AM 10:50
COUNTY CLERK TITUS CO TX
BY _____ DEPUTY

Titus Co.

Judge Brian Lee

Motion for a speedy trial.

Under article 10 of the Texas constitution, The defenda demands that his 6th admendment rights be granted and his motion for a speedy trial is taken into effect. This motion was filed with Judge Lee initially on Oct. 14, 2021.

Representation Pro Se
Leonard Peel

Nov. 8, 2021                                                                 Titus Co.

State of Texas

vs                                                    Motion to dismiss
                                                      silent abusive call/Electr. comm.
Leonard Peel                                          to 911.

On this date of Oct 26, 2021 Leonard Peel files this motion requesting to dismiss the <u>silent abusive call/Electr comm to 911</u>, on the grounds that this charge was not the charge that was in question that Mr. Peel was acklaimed to have committed, or that the sherrifs dept. errored in serving the warrant in connection to the identity of which this violation was committed.

                                                      Representation. Pro Se
                                                      Leonard Peel

FILED FOR RECORD
2021 NOV -9 AM 10: 51
COUNTY CLERK TITUS CO TX
BY_____DEPUTY

Art. 28.07. If exeption is that no offense is charged.

Acts 1965 59th Leg., p.317, ch. 722, Sec.1, eff. Jan. 1, 1966.

FILED FOR RECORD
2021 NOV -9 AM 10: 52
COUNTY CLERK TITUS CO TX
BY _____ DEPUTY