# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| LEONARD RAY PEEL, | § | |
| | § | |
| *Pro Se* Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:22-CV-32-RWS-JBB |
| | § | |
| COUNTY ATTN. MARK COBERN, AND | § | |
| TITUS COUNTY SHERIFF'S DEPT., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 28), the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that this cause of action is **DISMISSED** in accordance with the Court's order adopting and all pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 21st day of December, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE